## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLYDE JOHNSON                                    :
  Plaintiff

                                            :

     v.                                    :        CIVIL ACTION NO. WDQ-07-1365

                                            :

FEDERAL GOVERNMENT, et al.,
  Defendants                                    :

..oOo..

## MEMORANDUM

Pending is a pro se civil rights action filed by Clyde Johnson.  Johnson has not filed a Motion for Leave to Proceed in Forma Pauperis or paid the civil filing fee.[1]  The Court will dismiss the case without prejudice for failure to state a cognizable claim.[2]

The Complaint fails to provide any basis for federal redress.  Johnson claims to have suffered "malpractice, unsafe grounds of location, negligence of law enforcement, humiliation, burtality [sic], civil rights of prisons...[and] mental injuries cause[d] by illegal drugs, illegal fire arms, reckless indangernment [sic]" as the cause of action presented.  The Complaint is devoid of any facts, names, dates, or places where actions allegedly occurred giving rise to these claims.

Johnson generally states:

> Out of negligence of authorities/caused me hurt pain permittly [sic} and a mental disorder of perinorior, [sic], anger, and flashbacks of dramatic events upon, classmate death, after fact, and illegal drugs in community of residence that did cause me permitted [sic] damages, illegal firearms also cause me great hurt an pain an disorder for the rest of my life in laimens [sic] terms I did nothing to the above as stated to courts I have a life to lead also Court I was a special education student thru school after requested assistance from authorities did not property [sic] execute on memeris [sic] and Courts stated that all events or allegations was untrue well every allegation I made was true not because Im [sic] frauding, [sic] but because injuries

---

[1]Plaintiff previously sought and received permission to proceed in forma pauperis by this Court. *See Johnson v. FBI*, et al., Civil Action No. WDQ-07-651 (D. Md. 2007).  Because he appears indigent Plaintiff shall be again be granted leave to proceed in forma pauperis.

[2]It is unclear what relief Johnson is seeking.

caused upon witch [sic] did cause me life long hurt pain without my high school diploma is mine my encedemics [sic] are high enough I can't bare the pain and because negligence of above as stated to courts, look Court I'm me also asked Doctors Dongeton who an why look courts I'm stuck my life was one bullet from your illegal issue of bath drugs an guns could end my life I haven't been happy since childhood and further its I'm hardworking young man.."

Federal district court have discretion under 28 U.S.C. §1915 to screen cases filed by *pro se* plaintiffs who are proceeding in forma pauperis. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Nasim v. Warden, Maryland House of Correction*, 64 F.3d 951, 953 (4th Cir. 1995). A complaint may be dismissed under §1915(e) if it lacks an arguable basis either in law or in fact. *See Neitze*, 490 U.S. at 325. This Court is obliged by 28 U.S.C. §1915(e)(2) to screen complaints and dismiss any complaint that is frivolous, malicious or fails to state a claim upon which relief may be granted.[3]

In deciding whether a complaint is frivolous "[t]he district court need not look beyond the complaint's allegations . . . . It must, however, hold the *pro se* complaint to less stringent standards than pleadings drafted by attorneys and must read the complaint liberally." *White v. White,* 886 F. 2d 721, 722-723 (4th Cir. 1989); *see also* Federal Rules of Civil Procedure, Rule 8(a)(2) (providing that a pleading shall contain a short and plain statement of the claim showing that the pleader is entitled to relief). This Complaint satisfies the standard for dismissal.

Absent a minimally sufficient factual predicate, this complaint cannot proceed. *See Sado v. Leland Memorial Hospital*, 933 F. Supp. 490, 493 (D. Md. 1996). Plaintiff has failed to state a

---

[3]     28 U.S.C. § 1915 (e) provides:

Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that–
(A) the allegation of poverty is untrue; or
(B) the action or appeal--
(I) is frivolous or malicious;
(ii) fails to state a claim on which relief may be granted; or
(iii) seeks monetary relief against a defendant who is immune from such relief

cognizable cause of action, and the complaint will be dismissed without prejudice.  A separate Order

consistent with this Memorandum follows.

July 24, 2007                                                    _____/s/_____
Date                                                                William D. Quarles, Jr.
                                                                    United States District Judge